IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIMOTHY TIELKE and MELISSA ANN TIELKE, § § § § Plaintiffs, § § v. § § BANK OF AMERICA, N.A., § successor to BAC HOME LOANS § SERVICING, LP, § § Defendant. § | CIVIL ACTION NO. 4:12-CV-00002 Judge: Melinda Harmon |

## JOINT MOTION FOR ENTRY OF AGREED ORDER OF DISMISSAL WITH PREJUDICE

Timothy Tielke and Melissa Ann Tielke ("Plaintiffs"), and Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing LP ("Defendant") jointly move this Court for entry of the proposed Agreed Order of Dismissal With Prejudice filed with this motion.

1. Plaintiffs and Defendant have resolved the issues between them. Accordingly, Plaintiffs and Defendant request the Court to enter the proposed Agreed Order of Dismissal With Prejudice filed with this motion.

Respectfully Submitted:

By: */s/ Lu Ann Trevino*
**Lu Ann Trevino**
State Bar No. 24008180
The Trevino Law Firm
13201 Northwest Freeway, Suite 800
Houston, TX 77040
latrevino@trevino-law.com

*Attorneys for Plaintiffs*

By: /s/ Raymond A. Chenault
RAYMOND A. CHENAULT
State Bar No. 24061368
McGlinchey Stafford
1001 McKinney, Suite 1500
Houston, TX 77002
713-520-1900
713-520-1025 (fax)
rchenault@mcglinchey.com

*Attorneys For Defendant Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I certify that on December 22, 2014, the foregoing was filed with the Court via the CM/ECF system which will send notice of electronic filing to all counsel of record:

**Lu Ann Trevino**
The Trevino Law Firm
13201 Northwest Freeway, Suite 800
Houston, TX 77040
latrevino@trevino-law.com

*Attorneys for Plaintiffs*

/s/ Raymond A. Chenault
**Raymond A. Chenault**